FILED 26 AUG 6 10:29 USDC-ORM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL SCOTT BEUGLI,**

**Defendant.**

**1:26-cr-00083-MC**

**SUPERSEDING INDICTMENT**

**18 U.S.C. § 922(g)(1)**
**26 U.S.C. § 5861(d)**

**Forfeiture Allegations**

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about February 24, 2026, in the District of Oregon, defendant **MICHAEL SCOTT BEUGLI**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Unlawful Delivery of Methamphetamine, in the Jackson County Circuit Court, Case No. 19CR23745, on or about June 5, 2019,

did knowingly possess the following firearms:

(1) Sarsilmaz, Model P8S, 9x19mm caliber pistol

(2) A Taurus, Model G3, 9x19mm caliber pistol,

(3) Sarsilmaz, Model SAR-9X, 9x19mm caliber pistol,

(4) Sig Sauer, Model P322, .22LR caliber rifle,

(5) DC Machine Palmetto State Armory JAKL model firearm,

(6) Smith & Wesson, Model M&P15-22, .22LR caliber rifle,

(7) Palmetto State Armory, Model X9, 9x19mm caliber firearm,

(8) FM Products INC, Model MIKE 9, multicaliber firearm

(9) Palmetto State Armory, Model PA-15, multicaliber pistol,

which firearms had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 2**
**(Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Act)**
**(26 U.S.C. § 5861(d))**

On or about February 24, 2026, in the District of Oregon, defendant **MICHAEL SCOTT BEUGLI**, knowingly possessed a firearm, specifically:

(1) ATF Firearms & Ammunition Technology Division Report Exhibit 4K,

(2) ATF Firearms & Ammunition Technology Division Report Exhibit 4L,

(3) ATF Firearms & Ammunition Technology Division Report Exhibit 4M,

(4) ATF Firearms & Ammunition Technology Division Report Exhibit 5,

(5) ATF Firearms & Ammunition Technology Division Report Exhibit 6,

(6) ATF Firearms & Ammunition Technology Division Report Exhibit 7,

which firearms were not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Section 5861(d).

**COUNT 3**
**(Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Act)**
**(26 U.S.C. § 5861(d))**

On or about March 25, 2026, in the District of Oregon, defendant **MICHAEL SCOTT BEUGLI**, knowingly possessed a firearm, to wit, a destructive device, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Section 5861(d).

**FIRST FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant **MICHAEL SCOTT BEUGLI**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and all associated magazines and ammunition involved in that offense, including without limitation the firearms set forth in Count 1.

///

///

///

## SECOND FORFEITURE ALLEGATION

Upon conviction of either Count 2 or Count 3, defendant **MICHAEL SCOTT BEUGLI**, shall forfeit to the United States pursuant to 26 U.S.C. § 5872, all associated firearms involved in either offense, including without limitation:

(1) Any silencers,

(2) Any destructive devices,

(3) Any explosive devices, initiators, agents, and detonators.

Dated: August 6, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

SARA T. SHAW, OSB # 204443
Assistant United States Attorney